**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

IN RE:    **Anthony Burgs**                                              **Case No. 26-11881-JDW**
          **Ora Denise Burgs, Debtors**                                  **CHAPTER 13**

**NOTICE OF FILING CHAPTER 13 PLAN AND MOTIONS FOR VALUATION AND**
**LIEN AVOIDANCE**

The above-named Debtors have filed a *Chapter 13 plan and Motions for Valuation and Lien Avoidance* (the "Plan") with the Bankruptcy Court in the above referenced case (see attachment).

Any objection to confirmation of the Plan or the motions contained therein shall be filed in writing with the Clerk of Court at ABD US Bankruptcy Courthouse, 703 Hwy 145 North, Aberdeen, MS 39730 on or before July 06, 2026. Copies of the objection must be served on the Trustee, US Trustee, Debtors, and Attorney for Debtors.

Objections to confirmation will be heard and confirmation determined on July 14, 2026, at 01:30 PM, Oxford Federal Building, 911 Jackson Avenue, Oxford, MS 38655, unless the court orders otherwise. If no objection is timely filed, the Plan may be confirmed without a hearing.

Date: June 3, 2026                                   /s/ Thomas C. Rollins, Jr.
                                                     *Thomas C. Rollins, Jr., Attorney for Debtor*

Thomas C. Rollins, Jr., MSB# 103469
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Anthony Burgs** | |
| | Full Name (First, Middle, Last) | |
| Debtor 2 | **Ora Denise Burgs** | |
| (Spouse, if filing) | Full Name (First, Middle, Last) | |
| United States Bankruptcy Court for the | **NORTHERN DISTRICT OF MISSISSIPPI** | |
| Case number: | | |
| (If known) | | |

☐ Check if this is an amended plan, and list below the sections of the plan that have been changed.

# Chapter 13 Plan and Motions for Valuation and Lien Avoidance 12/17

---

**To Debtors:** This form sets out options that may be appropriate in some cases, but the presence of an option on the form does not indicate that the option is appropriate in your circumstances or that it is permissible in your judicial district. Plans that do not comply with local rules and judicial rulings may not be confirmable. The treatment of ALL secured and priority debts must be provided for in this plan.

In the following notice to creditors, you must check each box that applies

**To Creditors:** Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated.

You should read this plan carefully and discuss it with your attorney if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you oppose the plan's treatment of your claim or any provision of this plan, you or your attorney must file an objection to confirmation on or before the objection deadline announced in Part 9 of the Notice of Chapter 13 Bankruptcy Case (Official Form 309I). The Bankruptcy Court may confirm this plan without further notice if no objection to confirmation is filed. See Bankruptcy Rule 3015.

The plan does not allow claims. Creditors must file a proof of claim to be paid under any plan that may be confirmed.

The following matters may be of particular importance. **Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

| 1.1 | **A limit on the amount of a secured claim, set out in Section 3.2, which may result in a partial payment or no payment at all to the secured creditor** | ☑ **Included** | ☐ **Not Included** |
|---|---|---|---|
| 1.2 | **Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section 3.4.** | ☐ **Included** | ☑ **Not Included** |
| 1.3 | **Nonstandard provisions, set out in Part 8.** | ☐ **Included** | ☑ **Not Included** |

---

**2.1 Length of Plan.**

The plan period shall be for a period of ___**60**___ months, not to be less than 36 months or less than 60 months for above median income debtor(s). If fewer than 60 months of payments are specified, additional monthly payments will be made to the extent necessary to make the payments to creditors specified in this plan.

**2.2 Debtor(s) will make payments to the trustee as follows:**

Debtor shall pay ___**$760.16**___ (☐ monthly, ☐ semi-monthly, ☐ weekly, or ☑ bi-weekly) to the chapter 13 trustee. Unless otherwise ordered by the court, an Order directing payment shall be issued to the debtor's employer at the following address:

**Memphis Shelby County Schools**
**160 S Hollywood**
**Memphis TN 38112-0000**

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

| Debtor | **Anthony Burgs** | Case number | |
| | **Ora Denise Burgs** | | |

Joint Debtor shall pay ___**$760.16**___ (☐ monthly, ☐semi-monthly, ☐weekly, or ☑ bi-weekly) to the chapter 13 trustee. Unless otherwise ordered by the court, an Order directing payment shall be issued to the joint debtor's employer at the following address:

> **Memphis Shelby County Schools**
> **160 S Hollywood**
> **Memphis TN 38112-0000**

**2.3 Income tax returns/refunds.**

*Check all that apply*

☑ Debtor(s) will retain any exempt income tax refunds received during the plan term.

☐ Debtor(s) will supply the trustee with a copy of each income tax return filed during the plan term within 14 days of filing the return and will turn over to the trustee all non-exempt income tax refunds received during the plan term.

☐ Debtor(s) will treat income refunds as follows:

**2.4 Additional payments.**
*Check one.*

☑ **None.** *If "None" is checked, the rest of § 2.4 need not be completed or reproduced.*

Part 3: **Treatment of Secured Claims**

**3.1 Mortgages. (Except mortgages to be crammed down under 11 U.S.C. § 1322(c)(2) and identified in § 3.2 herein.).**

*Check all that apply.*
☑ **None.** *If "None" is checked, the rest of § 3.1 need not be completed or reproduced.*
*Insert additional claims as needed.*

**3.2 Motion for valuation of security, payment of fully secured claims, and modification of undersecured claims. *Check one.*.**

☐ **None.** *If "None" is checked, the rest of § 3.2 need not be completed or reproduced.*
**The remainder of this paragraph will be effective only if the applicable box in Part 1 of this plan is checked.**

☑ Pursuant to Bankruptcy Rule 3012, for purposes of 11 U.S.C. § 506(a) and § 1325(a)(5) and for purposes of determination of the amounts to be distributed to holders of secured claims, debtor(s) hereby move(s) the court to value the collateral described below at the lesser of any value set forth below or any value set forth in the proof of claim. Any objection to valuation shall be filed on or before the objection deadline announced in Part 9 of the Notice of Chapter 13 Bankruptcy Case (Official Form 309I).

The portion of any allowed claim that exceeds the amount of the secured claim will be treated as an unsecured claim under Part 5 of this plan. If the amount of a creditor's secured claim is listed below as having no value, the creditor's allowed claim will be treated in its entirety as an unsecured claim under Part 5 of this plan. Unless otherwise ordered by the court, the amount of the creditor's total claim listed on the proof of claim controls over any contrary amounts listed in this paragraph.

| Name of creditor | Estimated amount of creditor's total claim # | Collateral | Value of collateral | Amount of secured claim | Interest rate* |
|---|---|---|---|---|---|
| **American Honda Finance** | **$24,659.00** | **2024 Honda CRV 38333 miles** | **$26,012.00** | **$24,659.00** | **8.50%** |

*Insert additional claims as needed.*

#For mobile homes and real estate identified in § 3.2: Special Claim for taxes/insurance:

| Name of creditor | Collateral | Amount per month | Beginning |
|---|---|---|---|
| -NONE- | | | month |

* Unless otherwise ordered by the court, the interest rate shall be the current Till rate in this District

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

| Debtor | **Anthony Burgs** | Case number | |
| | **Ora Denise Burgs** | | |

For vehicles identified in § 3.2: The current mileage is _____

**3.3      Secured claims excluded from 11 U.S.C. § 506.**

*Check one.*

☐      **None**. *If "None" is checked, the rest of § 3.3 need not be completed or reproduced.*

☑      The claims listed below were either:

(1) incurred within 910 days before the petition date and secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or

(2) incurred within 1 year of the petition date and secured by a purchase money security interest in any other thing of value.

These claims will be paid in full under the plan with interest at the rate stated below. Unless otherwise ordered by the court, the claim amount stated on a proof of claim filed before the filing deadline under Bankruptcy Rule 3002(c) controls over any contrary amount listed below. In the absence of a contrary timely filed proof of claim, the amounts stated below are controlling.

| Name of Creditor | Collateral | Amount of claim | Interest rate* |
|---|---|---|---|
| Lincoln Automotive Fin | 2025 Ford Escape 10189 miles | $43,852.00 | 8.50% |

*Unless otherwise ordered by the court, the interest rate shall be the current Till rate in this District.

*Insert additional claims as needed.*

**3.4      Motion to avoid lien pursuant to 11 U.S.C. § 522.**

*Check one.*

☑      **None.** *If "None" is checked, the rest of § 3.4 need not be completed or reproduced.*

**3.5      Surrender of collateral.**

*Check one.*

☑      **None.** *If "None" is checked, the rest of § 3.5 need not be completed or reproduced.*

---

| Part 4: | **Treatment of Fees and Priority Claims** |
|---|---|

**4.1      General**
Trustee's fees and all allowed priority claims, including domestic support obligations other than those treated in § 4.5, will be paid in full without postpetition interest.

**4.2      Trustee's fees**
Trustee's fees are governed by statute and may change during the course of the case.

**4.3      Attorney's fees.**

☑ No look fee:      **4,600.00**

Total attorney fee charged:            $**4,600.00**

Attorney fee previously paid:         $**227.00**

Attorney fee to be paid in plan per
confirmation order:                   $**4,373.00**

☐ Hourly fee: $\_\_\_\_. (Subject to approval of Fee Application.)

**4.4      Priority claims other than attorney's fees and those treated in § 4.5.**

*Check one.*

☐      **None**. *If "None" is checked, the rest of § 4.4 need not be completed or reproduced.*

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

| Debtor | **Anthony Burgs** | Case number |
| | **Ora Denise Burgs** | |

| | | |
|---|---|---|
| ☑ | Internal Revenue Service | $5,453.14 . |
| ☑ | Mississippi Dept. of Revenue | $2,200.00 . |
| ☐ | Other | $0.00 . |

**4.5**    **Domestic support obligations.**

☑    **None.** *If "None" is checked, the rest of § 4.5 need not be completed or reproduced.*

---

| Part 5: | Treatment of Nonpriority Unsecured Claims |
|---|---|

**5.1**    **Nonpriority unsecured claims not separately classified.**

Allowed nonpriority unsecured claims that are not separately classified will be paid, pro rata. If more than one option is checked, the option providing the largest payment will be effective. *Check all that apply.*

☑    The sum of $    **89,909.30**

☐    _____% of the total amount of these claims, an estimated payment of $_____

☑    The funds remaining after disbursements have been made to all other creditors provided for in this plan.

If the estate of the debtor(s) were liquidated under chapter 7, nonpriority unsecured claims would be paid approximately $**142.11** Regardless of the options checked above, payments on allowed nonpriority unsecured claims will be made in at least this amount.

**5.2**    **Other separately classified nonpriority unsecured claims (special claimants).** *Check one*.

☑    **None.** If "None" is checked, the rest of § 5.3 need not be completed or reproduced.

---

| Part 6: | Executory Contracts and Unexpired Leases |
|---|---|

**6.1**    **The executory contracts and unexpired leases listed below are assumed and will be treated as specified. All other executory contracts and unexpired leases are rejected.** *Check one*.

☑    **None.** *If "None" is checked, the rest of § 6.1 need not be completed or reproduced.*

---

| Part 7: | Vesting of Property of the Estate |
|---|---|

**7.1**    **Property of the estate will vest in the debtor(s) upon entry of discharge.**

| Part 8: | Nonstandard Plan Provisions |
|---|---|

**8.1**    **Check "None" or List Nonstandard Plan Provisions**
☑    **None.** *If "None" is checked, the rest of Part 8 need not be completed or reproduced.*

| Part 9: | Signatures: |
|---|---|

**9.1**    **Signatures of Debtor(s) and Debtor(s)' Attorney**
*The Debtor(s) and attorney for the Debtor(s), if any, must sign below. If the Debtor(s) do not have an attorney, the Debtor(s) must provide their complete address and telephone number.*

| X  **/s/ Anthony Burgs** | X  **/s/ Ora Denise Burgs** |
|---|---|
| **Anthony Burgs** | **Ora Denise Burgs** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| | |
| Executed on    **May 28, 2026** | Executed on    **May 28, 2026** |
| | |
| **915 Keebler Cv** | **915 Keebler Cv** |
| Address | Address |
| **Southaven MS 38671-0000** | **Southaven MS 38671-0000** |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

Debtor  **Anthony Burgs**                                    Case number
        **Ora Denise Burgs**

City, State, and Zip Code                                     City, State, and Zip Code

Telephone Number                                             Telephone Number

X  **/s/ Thomas C. Rollins, Jr.**                    Date  **May 28, 2026**
   **Thomas C. Rollins, Jr. 103469**
   Signature of Attorney for Debtor(s)
   **P.O. Box 13767**
   **Jackson, MS 39236**
   Address, City, State, and Zip Code
   **601-500-5533**                                      **103469 MS**
   Telephone Number                                      MS Bar Number
   **trollins@therollinsfirm.com**
   Email Address

Mississippi Chapter 13 Plan                                  Page 5

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

## CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., attorney for the Debtors, do herby certify that by filing the attached Notice and Chapter 13 Plan, I have caused the following partied to be served electronically via ECF:

Case Trustee
Office of the US Trustee

I certify that I have this day served a true and correct copy of the attached Notice and Chapter 13 Plan by US Mail[1], postage prepaid, to the following creditor(s) listed in Sections 3.2 and/or 3.4 of the Plan pursuant to Fed. R. Bankr. P. 7004:

American Honda Finance Corporation
c/o Corporation Service Company
109 Executive Drive, Suite 3
Madison, MS 39110

I further certify that I have this day served a true and correct copy of the Notice and Chapter 13 Plan by US Mail, postage prepaid, to all other parties listed on the attached master mailing list (matrix).

Date: June 3, 2026                     /s/ Thomas C. Rollins, Jr.
                                       *Thomas C. Rollins, Jr., Attorney for Debtor*

Thomas C. Rollins, Jr., MSB# 103469
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

---

[1] If the creditor is an insured depository institution, service has been made by certified mail.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE:

ANTHONY BURGS
ORA DENISE BURGS

CASE NO: 26-11881-JDW

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 6/3/2026, I did cause a copy of the following documents, described below,

Notice and Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/3/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469

The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: | CASE NO: 26-11881-JDW |
| ANTHONY BURGS | **CERTIFICATE OF SERVICE** |
| ORA DENISE BURGS | **DECLARATION OF MAILING** |
| | Chapter: 13 |

On 6/3/2026, a copy of the following documents, described below,

Notice and Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/3/2026

*Victoria Blake*

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

FIRST CLASS

CASE INFO

AMERICAN HONDA FINANCE CORPORATION
CO CORPORATION SERVICE CO
109 EXECUTIVE DRIVE SUITE 3
MADISON MS 39110

LABEL MATRIX FOR LOCAL NOTICING
05371
CASE 26-11881-JDW
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN
WED JUN 3 10-11-32 CDT 2026

AFFIRM
443 IRVING DR
BURBANK CA 91504-2447

AMERICAN HONDA FINANCE
PO BOX 168128
IRVING TX 75016-8128

AMEX
PO BOX 981535
EL PASO TX 79998-1535

BAPTIST MEDICAL GROUP
PO BOX 74533
ATLANTA GA 30384-5333

EXCLUDE

DEBTOR

BARCLAYS
ATTN BANKRUPTCY
PO BOX 8801
WILMINGTON DE 19899-8801

LOCKE D BARKLEY
6360 I55 NORTH
SUITE 140
JACKSON MS 39211-2038

ANTHONY BURGS
915 KEEBLER CV
SOUTHAVEN MS 38671-8949

ORA DENISE BURGS
915 KEEBLER CV
SOUTHAVEN MS 38671-8949

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY UT 84130-0285

COMENITY BANK
ATTN BANKRUPTCY
PO BOX 182125
COLUMBUS OH 43218-2125

COMENITY BANK
ATTN BANKRUPTCY DEPT
PO BOX 182125
COLUMBUS OH 43218-2125

COMENITY CAPITAL
ATTN BANKRUPTCY
PO BOX 182125
COLUMBUS OH 43218-2125

CREDIT ONE BANK
6801 CIMARRON RD
LAS VEGAS NV 89113-2273

CWSCW NEXUS
ATTN BANKRUPTCY
PO BOX 9201
OLD BETHPAGE NY 11804-9001

FORD MOTOR CREDIT COMPANY LLC
AIS PORTFOLIO SERVICES LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY OK 73118-7901

FORD MOTOR CREDIT COMPANY LLC CO AIS PORTF
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY OK 73118-7901

FST PREMIER
ATTN BANKRUPTCY
601 S MINNESOTA AVE
SIOUX FALLS SD 57104-4824

GEICO
ATTN REGION 3 UNDERWR
PO BOX 9105
MACON GA 31208-9105

GOLDMAN SACHS BANK USA
ATTN BANKRUPTCY
PO BOX 70379
PHILADELPHIA PA 19176-0379

INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
PO BOX 7346
PHILADELPHIA PA 19101-7346

INTERNAL REVENUE SERVI
CO US ATTORNEY
501 EAST COURT ST
STE 4430
JACKSON MS 39201-5025

JACOB LAW GROUP
2623 WEST OXFORD LOOP
OXFORD MS 38655-5442

JEFFERSON CAPITAL
ATTN BANKRUPTCY
200 14TH AVE E
SARTEKK MN 56377-4500

(P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

KIKOFF
ATTN BANKRUPTCY
75 BROADWAY SUITE 226
SAN FRANSICO CA 94111-1458

LVNV FUNDING LLC
PO BOX 1269
GREENVILLE SC 29602-1269

LINCOLN AUTOMOTIVE FIN
ATTN BANKRUPTCY
PO BOX 542000
OMAHA NE 68154-8000

MS DEPT OF REVENUE
BANKRUPTCY SECTION
PO BOX 22808
JACKSON MS 39225-2808

(P)DSNB MACY S
CITIBANK
1000 TECHNOLOGY DRIVE MS 777
O FALLON MO 63368-2239

MEMPHIS LIGHT GAS
ATTN BANKRUPTCY
245 SOUTH MAIN ST
MEMPHIS TN 38103-3998

(P)MISSION LANE LLC
PO BOX 105286
ATLANTA GA 30348-5286

(P)MOHELA
CLAIMS DEPARTMENT
633 SPIRIT DRIVE
CHESTERFIELD MO 63005-1243

NAVY FCU
ATTN BANKRUPTCY
POBOX 3000
MERRIFIELD VA 22119-3000

NAVY FCU
ATTN BANKRUPTCY
PO BOX 3302
MERRIFIELD VA 22119-3302

NORTH AMERICAN PARTNER
PO BOX 8632
POMPANO BEACH FL 33075-8632

EXCLUDE
THOMAS C ROLLINS JR
THE ROLLINS LAW FIRM PLLC
PO BOX 13767
JACKSON MS 39236-3767

SYNCHRONY
ATTN BANKRUPTCY
PO BOX 965060
ORLANDO FL 32896-5060

SYNCHRONY
ATTN BANKRUPTCY
PO BOX 965064
ORLANDO FL 32896-5064

SYNCHRONY BANK
ATTN BANKRUPTCY
PO BOX 965060
ORLANDO FL 32896-5060

SYNCHRONY BANK
ATTN BANKRUPTCY
POB 965065
ORLANDO FL 32896-5065

SYNCHRONY BANK
ATTN BANKRUPTCY DEPT
PO BOX 965065
ORLANDO FL 32896-5065

TARGET
POB 9475
MINNEAPOLIS MN 55440-9475

EXCLUDE
U S TRUSTEE
501 EAST COURT STREET SUITE 6430
JACKSON MS 39201-5022

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON DC 20530-0001

WELLS FARGO BANK
ATTN BANKRUPTCY
POBOX 393
MINNEAPOLIS MN 55480-0393