**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Anthony Burgs** — **Case No. 26-11881-JDW**
**Ora Denise Burgs, Debtors** — **Chapter 13**

**ORDER CONFIRMING CHAPTER 13 PLAN**

The debtors' plan was filed on 05/28/2026 and amended/modified by subsequent order(s) of the court, if any. The plan was transmitted to creditors pursuant to Bankruptcy Rule 3015. The court finds that the plan meets the requirements of 11 U.S.C. § 1325.

IT IS ORDERED THAT:

1. The debtors' chapter 13 plan attached hereto is confirmed.
2. The following motions are granted *(if any)*:
   a. Motion for valuation of security, payment of fully secured claims, and modification of undersecured claims made under Rule 3012 (§ 3.2 of the plan);
   b. Motion to avoid lien pursuant to Section 522 (§ 3.4 of the plan).
3. The stay under Section 362(a) is terminated as to the collateral only and the stay under Section 1301 is terminated in all respects regarding collateral listed in Section 3.5 of the plan *(if any)*.
4. All property shall remain property of the estate and shall vest in the debtor only upon entry of discharge. The debtor shall be responsible for the preservation and protection of all property of the estate not transferred to the trustee.
5. The debtors' attorney is awarded a fee in the amount of $4,600.00 of which $4,373.00 is due and payable from the estate.

***##END OF ORDER##***

Approved:
**/s/ Thomas C. Rollins, Jr.**
Thomas C. Rollins, Jr. (MSBN 103469) Attorney for the Debtor

Submitted by:
Locke D. Barkley, Ch. 13 Trustee
6360 I-55 N, Ste 140
Jackson, MS 39211
(601) 355-6661

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | Anthony Burgs<br>Full Name (First, Middle, Last) |
| Debtor 2<br>(Spouse, if filing) | Ora Denise Burgs<br>Full Name (First, Middle, Last) |
| United States Bankruptcy Court for the | NORTHERN DISTRICT OF MISSISSIPPI |
| Case number:<br>(If known) | |

☐ Check if this is an amended plan, and list below the sections of the plan that have been changed.

# Chapter 13 Plan and Motions for Valuation and Lien Avoidance 12/17

## Part 1: Notices

**To Debtors:** **This form sets out options that may be appropriate in some cases, but the presence of an option on the form does not indicate that the option is appropriate in your circumstances or that it is permissible in your judicial district. Plans that do not comply with local rules and judicial rulings may not be confirmable. The treatment of ALL secured and priority debts must be provided for in this plan.**

In the following notice to creditors, you must check each box that applies

**To Creditors:** **Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated.**

You should read this plan carefully and discuss it with your attorney if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

**If you oppose the plan's treatment of your claim or any provision of this plan, you or your attorney must file an objection to confirmation on or before the objection deadline announced in Part 9 of the Notice of Chapter 13 Bankruptcy Case (Official Form 309I). The Bankruptcy Court may confirm this plan without further notice if no objection to confirmation is filed. See Bankruptcy Rule 3015.**

The plan does not allow claims. Creditors must file a proof of claim to be paid under any plan that may be confirmed.

The following matters may be of particular importance. **Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

| | | | |
|---|---|---|---|
| **1.1** | **A limit on the amount of a secured claim, set out in Section 3.2, which may result in a partial payment or no payment at all to the secured creditor** | ☑ **Included** | ☐ **Not Included** |
| **1.2** | **Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section 3.4.** | ☐ **Included** | ☑ **Not Included** |
| **1.3** | **Nonstandard provisions, set out in Part 8.** | ☐ **Included** | ☑ **Not Included** |

## Part 2: Plan Payments and Length of Plan

**2.1 Length of Plan.**

The plan period shall be for a period of 60 months, not to be less than 36 months or less than 60 months for above median income debtor(s). If fewer than 60 months of payments are specified, additional monthly payments will be made to the extent necessary to make the payments to creditors specified in this plan.

**2.2 Debtor(s) will make payments to the trustee as follows:**

Debtor shall pay $772.50 (☐ monthly, ☐ semi-monthly, ☐ weekly, or ☑ bi-weekly) to the chapter 13 trustee. Unless otherwise ordered by the court, an Order directing payment shall be issued to the debtor's employer at the following address:

Shelby County Schools
Payroll Room 252, 160 South Glenn Rodgers St.
Memhis, TN 38112



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

Debtor **Anthony Burgs**
**Ora Denise Burgs** Case number

Joint Debtor shall pay $772.50 (☐ monthly, ☐ semi-monthly, ☐ weekly, or ☑ bi-weekly) to the chapter 13 trustee. Unless otherwise ordered by the court, an Order directing payment shall be issued to the joint debtor's employer at the following address:

Shelby County Schools
Payroll Room 252, 160 South Glenn Rodgers St.
Memhis, TN 38112

**2.3** **returns/refunds.**

*Check all that apply*

☑ Debtor(s) will retain any exempt income tax refunds received during the plan term.

☐ Debtor(s) will supply the trustee with a copy of each income tax return filed during the plan term within 14 days of filing the return and will turn over to the trustee all non-exempt income tax refunds received during the plan term.

☐ Debtor(s) will treat income refunds as follows:

**2.4 Additional payments.**
*Check one.*

☑ **None.** *If "None" is checked, the rest of § 2.4 need not be completed or reproduced.*

**Part 3: Treatment of Secured Claims**

**3.1 Mortgages. (Except mortgages to be crammed down under 11 U.S.C. § 1322(c)(2) and identified in § 3.2 herein.).**

*Check all that apply.*
☑ **None.** *If "None" is checked, the rest of § 3.1 need not be completed or reproduced.*
*Insert additional claims as needed.*

**3.2 Motion for valuation of security, payment of fully secured claims, and modification of undersecured claims.** ***Check one.*.**

☐ **None.** *If "None" is checked, the rest of § 3.2 need not be completed or reproduced.*
***The remainder of this paragraph will be effective only if the applicable box in Part 1 of this plan is checked.***

☑ Pursuant to Bankruptcy Rule 3012, for purposes of 11 U.S.C. § 506(a) and § 1325(a)(5) and for purposes of determination of the amounts to be distributed to holders of secured claims, debtor(s) hereby move(s) the court to value the collateral described below at the lesser of any value set forth below or any value set forth in the proof of claim. Any objection to valuation shall be filed on or before the objection deadline announced in Part 9 of the Notice of Chapter 13 Bankruptcy Case (Official Form 309I).

The portion of any allowed claim that exceeds the amount of the secured claim will be treated as an unsecured claim under Part 5 of this plan. If the amount of a creditor's secured claim is listed below as having no value, the creditor's allowed claim will be treated in its entirety as an unsecured claim under Part 5 of this plan. Unless otherwise ordered by the court, the amount of the creditor's total claim listed on the proof of claim controls over any contrary amounts listed in this paragraph.

| Name of creditor | Estimated amount of creditor's total claim # | Collateral | Value of collateral | Amount of secured claim | Interest rate* |
|---|---|---|---|---|---|
| **American Honda Finance** | $24,759.18 | **2024 Honda CRV 38333 miles** | **$26,012.00** | $24,759.18 | **8.50%** |

*Insert additional claims as needed.*

#For mobile homes and real estate identified in § 3.2: Special Claim for taxes/insurance:

| Name of creditor | Collateral | Amount per month | Beginning |
|---|---|---|---|
| **-NONE-** | | | month |

* Unless otherwise ordered by the court, the interest rate shall be the current Till rate in this District



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

Debtor **Anthony Burgs**
**Ora Denise Burgs** Case number

For vehicles identified in § 3.2: The current mileage is ____________

**3.3 Secured claims excluded from 11 U.S.C. § 506.**

*Check one.*

☐ **None**. *If "None" is checked, the rest of § 3.3 need not be completed or reproduced.*
☑ The claims listed below were either:

(1) incurred within 910 days before the petition date and secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or

(2) incurred within 1 year of the petition date and secured by a purchase money security interest in any other thing of value.

These claims will be paid in full under the plan with interest at the rate stated below. Unless otherwise ordered by the court, the claim amount stated on a proof of claim filed before the filing deadline under Bankruptcy Rule 3002(c) controls over any contrary amount listed below. In the absence of a contrary timely filed proof of claim, the amounts stated below are controlling.

| Name of Creditor | Collateral | Amount of claim | Interest rate* |
|---|---|---|---|
| **Lincoln Automotive Fin** | **2025 Ford Escape 10189 miles** | **$41,173.00** | **8.50%** |

*Unless otherwise ordered by the court, the interest rate shall be the current Till rate in this District.

*Insert additional claims as needed.*

**3.4 Motion to avoid lien pursuant to 11 U.S.C. § 522.**

*Check one.*

☑ **None.** *If "None" is checked, the rest of § 3.4 need not be completed or reproduced.*

**3.5 Surrender of collateral.**

*Check one.*

☑ **None.** *If "None" is checked, the rest of § 3.5 need not be completed or reproduced.*

## Part 4: Treatment of Fees and Priority Claims

**4.1 General**
Trustee's fees and all allowed priority claims, including domestic support obligations other than those treated in § 4.5, will be paid in full without postpetition interest.

**4.2 Trustee's fees**
Trustee's fees are governed by statute and may change during the course of the case.

**4.3 Attorney's fees.**

☑ No look fee: **4,600.00**

Total attorney fee charged: $**4,600.00**

Attorney fee previously paid: $**227.00**

Attorney fee to be paid in plan per confirmation order: $**4,373.00**

☐ Hourly fee: $____. (Subject to approval of Fee Application.)

**4.4 Priority claims other than attorney's fees and those treated in § 4.5.**

*Check one.*

☐ **None**. *If "None" is checked, the rest of § 4.4 need not be completed or reproduced.*



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

- ☑ Internal Revenue Service **$4,366.40**.
- ☑ Mississippi Dept. of Revenue **$4,968.59**.
- ☐ Other **$0.00**.

**4.5 Domestic support obligations.**

☑ **None.** *If "None" is checked, the rest of § 4.5 need not be completed or reproduced.*

## Part 5: Treatment of Nonpriority Unsecured Claims

**5.1 Nonpriority unsecured claims not separately classified.**

Allowed nonpriority unsecured claims that are not separately classified will be paid, pro rata. If more than one option is checked, the option providing the largest payment will be effective. *Check all that apply.*

- ☑ The sum of $ **89,909.30**
- ☐ ____% of the total amount of these claims, an estimated payment of $____
- ☑ The funds remaining after disbursements have been made to all other creditors provided for in this plan.

If the estate of the debtor(s) were liquidated under chapter 7, nonpriority unsecured claims would be paid approximately $**142.11**
Regardless of the options checked above, payments on allowed nonpriority unsecured claims will be made in at least this amount.

**5.2 Other separately classified nonpriority unsecured claims (special claimants).** *Check one***.**

☑ **None.** If "None" is checked, the rest of § 5.3 need not be completed or reproduced.

## Part 6: Executory Contracts and Unexpired Leases

**6.1 The executory contracts and unexpired leases listed below are assumed and will be treated as specified. All other executory contracts and unexpired leases are rejected.** *Check one.*

☑ **None.** *If "None" is checked, the rest of § 6.1 need not be completed or reproduced.*

## Part 7: Vesting of Property of the Estate

**7.1 Property of the estate will vest in the debtor(s) upon entry of discharge.**

## Part 8: Nonstandard Plan Provisions

**8.1 Check "None" or List Nonstandard Plan Provisions**

☑ **None.** *If "None" is checked, the rest of Part 8 need not be completed or reproduced.*

## Part 9: Signatures:

**9.1 Signatures of Debtor(s) and Debtor(s)' Attorney**

*The Debtor(s) and attorney for the Debtor(s), if any, must sign below. If the Debtor(s) do not have an attorney, the Debtor(s) must provide their complete address and telephone number.*

| | |
|---|---|
| X **/s/ Anthony Burgs** | X **/s/ Ora Denise Burgs** |
| **Anthony Burgs** | **Ora Denise Burgs** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Executed on **May 28, 2026** | Executed on **May 28, 2026** |
| **915 Keebler Cv** | **915 Keebler Cv** |
| Address | Address |
| **Southaven MS 38671-0000** | **Southaven MS 38671-0000** |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

Debtor **Anthony Burgs**
**Ora Denise Burgs**

Case number

City, State, and Zip Code

Telephone Number

City, State, and Zip Code

Telephone Number

X **/s/ Thomas C. Rollins, Jr.**
**Thomas C. Rollins, Jr. 103469**
Signature of Attorney for Debtor(s)

Date **May 28, 2026**

**P.O. Box 13767**
**Jackson, MS 39236**
Address, City, State, and Zip Code
**601-500-5533**
Telephone Number
**trollins@therollinsfirm.com**
Email Address

**103469 MS**
MS Bar Number



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

United States Bankruptcy Court

Northern District of Mississippi

In re: Case No. 26-11881-JDW
Anthony Burgs Chapter 13
Ora Denise Burgs
Debtors

# CERTIFICATE OF NOTICE

District/off: 0537-1 User: autodocke Page 1 of 4
Date Rcvd: Aug 17, 2026 Form ID: pdf0004 Total Noticed: 56

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Anthony Burgs, Ora Denise Burgs, 915 Keebler Cv, Southaven, MS 38671-8949 |
| 4683623 | + | Affirm, 443 Irving Dr, Burbank, CA 91504-2447 |
| 4683626 | | Baptist Medical Group, P.O. Box 74533, Atlanta, GA 30384-5333 |
| 4683645 | + | Memphis Light Gas, Attn: Bankruptcy, 245 South Main St, Memphis, TN 38103-3998 |
| 4709990 | | Synchrony Bank, by AIS InfoSource LP as agent, PO Box 661380, Dallas, TX 75266-1380 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4690132 | | Email/Text: ebnbankruptcy@ahm.honda.com | Aug 18 2026 01:33:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 4699033 | | Email/PDF: bncnotices@becket-lee.com | Aug 18 2026 01:45:22 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4683624 | + | Email/Text: ebnbankruptcy@ahm.honda.com | Aug 18 2026 01:33:00 | American Honda Finance, Po Box 168128, Irving, TX 75016-8128 |
| 4683625 | + | Email/PDF: bncnotices@becket-lee.com | Aug 18 2026 01:45:10 | Amex, Po Box 981535, El Paso, TX 79998-1535 |
| 4683627 | + | Email/Text: BarclaysBankDelaware@tsico.com | Aug 18 2026 01:33:00 | Barclays, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 4683628 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 18 2026 01:45:16 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 4709815 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 18 2026 01:45:26 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 4683629 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 18 2026 01:33:00 | Comenity Bank, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 4683630 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 18 2026 01:33:00 | Comenity Bank, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 4683631 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 18 2026 01:33:00 | Comenity Capital, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 4683632 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 18 2026 01:45:17 | Credit One Bank, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 4683633 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 18 2026 01:45:10 | Cws/cw Nexus, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 4683644 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 18 2026 01:45:19 | Macy's/ DSNB, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 4685832 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 18 2026 01:45:24 | Ford Motor Credit Company LLC, AIS Portfolio |

| | | | | |
|---|---|---|---|---|
| | | | | Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 4689057 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 18 2026 01:45:12 | Ford Motor Credit Company LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 4683634 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Aug 18 2026 01:45:23 | Fst Premier, Attn: Bankruptcy, 601 S Minnesota Ave, Sioux Falls, SD 57104-4824 |
| 4683635 | | Email/Text: argbsref@geico.com | Aug 18 2026 01:33:00 | Geico, ATTN: Region 3 Underwr, PO Box 9105, Macon, GA 31208-9105 |
| 4683636 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Aug 18 2026 01:33:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 4683638 | + | Email/Text: ebone.woods@usdoj.gov | Aug 18 2026 01:33:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 4683637 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 18 2026 01:33:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 4685285 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 18 2026 01:33:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 4683639 | ^ | MEBN | Aug 18 2026 01:30:46 | Jacob Law Group, 2623 West Oxford Loop, Oxford, MS 38655-5442 |
| 4683640 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 18 2026 01:33:00 | Jefferson Capital, Attn: Bankruptcy, 200 14th Ave E, Sartekk, MN 56377-4500 |
| 4683641 | + | Email/Text: bankruptcy@kikoff.com | Aug 18 2026 01:33:00 | Kikoff, Attn: Bankruptcy, 75 Broadway Suite 226, San Fransico, CA 94111-1458 |
| 4683643 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 18 2026 01:45:11 | LVNV Funding LLC, Po Box 1269, Greenville, SC 29602-1269 |
| 4700856 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 18 2026 01:45:11 | LVNV Funding LLC c/o, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4705364 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 18 2026 01:45:23 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4683642 | + | Email/Text: EBNBKNOT@ford.com | Aug 18 2026 01:33:00 | Lincoln Automotive Fin, Attn: Bankruptcy, P.O. Box 542000, Omaha, NE 68154-8000 |
| 4688662 | | Email/Text: mlgw_bankruptcy_notices@mlgw.org | Aug 18 2026 01:33:00 | Memphis Light Gas & Water, PO BOX 430, MEMPHIS TN 38101 |
| 4700259 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 18 2026 01:45:17 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 4683646 | | Email/Text: ml-ebn@missionlane.com | Aug 18 2026 01:33:00 | Mission Lane Tab Bank, Po Box 105286, Atlanta, GA 30348 |
| 4683647 | | Email/Text: EBN@Mohela.com | Aug 18 2026 01:33:00 | Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005 |
| 4683648 | | Email/Text: BANKRUPTCY@DOR.MS.GOV | Aug 18 2026 01:33:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 4697547 | | Email/Text: BANKRUPTCY@DOR.MS.GOV | Aug 18 2026 01:33:00 | Mississippi Department of Revenue, P.O. Box 22808, Jackson, MS 39225-2808 |
| 4683649 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Aug 18 2026 01:33:00 | NAVY FCU, Attn: Bankruptcy, P.O.Box 3000, Merrifield, VA 22119-3000 |
| 4683650 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Aug 18 2026 01:33:00 | NAVY FCU, Attn: Bankruptcy, Po Box 3302, Merrifield, VA 22119-3302 |
| 4687645 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Aug 18 2026 01:33:00 | Navy Federal Credit Union, PO BOX 3000, Merrifield VA 22119-3000 |
| 4683651 | ^ | MEBN | Aug 18 2026 01:30:15 | North American Partner, PO Box 8632, Pompano |

| | | | | |
|---|---|---|---|---|
| | | | | Beach, FL 33075-8632 |
| 4709353 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 18 2026 01:45:17 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 4707594 | | Email/Text: bnc-quantum@quantum3group.com | Aug 18 2026 01:33:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 4698742 | | Email/Text: bnc-quantum@quantum3group.com | Aug 18 2026 01:33:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 4692970 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 18 2026 01:33:00 | SANTANDER CONSUMER USA Inc., 1601 Elm St, Suite 800, Dallas, TX 75201-7260 |
| 4683652 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 18 2026 01:45:10 | Synchrony, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 4683653 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 18 2026 01:45:13 | Synchrony, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 4683654 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 18 2026 01:45:11 | Synchrony Bank, Attn: Bankruptcy Dept, P.O. Box 965065, Orlando, FL 32896-5065 |
| 4683656 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 18 2026 01:45:11 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 4683655 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 18 2026 01:45:11 | Synchrony Bank, Attn: Bankruptcy, Pob 965065, Orlando, FL 32896-5065 |
| 4683658 | + | Email/Text: bncmail@w-legal.com | Aug 18 2026 01:33:00 | Target, POB 9475, Minneapolis, MN 55440-9475 |
| 4683659 | ^ | MEBN | Aug 18 2026 01:30:34 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 4683660 | + | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Aug 18 2026 01:45:10 | Wells Fargo Bank, Attn: Bankruptcy, P.O.Box 393, Minneapolis, MN 55480-0393 |
| 4695233 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Aug 18 2026 01:45:17 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 51

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 4683657 | *+ | Synchrony Bank, Attn: Bankruptcy Dept, Po Box 965065, Orlando, FL 32896-5065 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Locke D. Barkley | Ecf_lbarkley13@barkley13.com trusteeMSNB73@ecf.epiqsystems.com |
| Thomas C. Rollins, Jr. | on behalf of Debtor Anthony Burgs trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| Thomas C. Rollins, Jr. | on behalf of Joint Debtor Ora Denise Burgs trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| U. S. Trustee | USTPRegion05.AB.ECF@usdoj.gov |

TOTAL: 4